IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JOEL ARROYO,

    Plaintiff

v.                                                                                                                      No. 2:23-cv-158 MLG/KRS

SCOTT DOUGLAS JOHNSON and
KINDER MORGAN VEHICLE
SERVICES, LLC

    Defendants.

## ORDER GRANTING JOINT MOTION TO MODIFY SCHEDULING ORDER

THIS MATTER is before the Court on the parties' Joint Motion to Amend Deadline for Expert Witness Disclosures, (Doc. 32). The Court, noting the Motion is unopposed and finding that good cause exists to grant the Motion, hereby GRANTS the Joint Motion to Amend Deadline for Expert Witness Disclosures, (Doc. 32).

IT IS THEREFORE ORDERED that the Scheduling Order, (Doc. 18), is modified as follows:

a. Defendants' Rule 26(a)(2) expert disclosures' deadline is moved from August 21, 2023, to September 8, 2023.

b. No other deadlines are affected by this Order.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE

Submitted:

**RILEY | KELLER | ALDERETE | GONZALES**

By: */s/ Armand D. Huertaz*
**DAVID A. GONZALES**
**ARMAND D. HUERTAZ**
3880 Osuna Road NE
Albuquerque, NM 87109
(505) 883-5030
dgonzales@rileynmlaw.com
ahuertaz@rileynmlaw.com
*Attorneys for Defendants Scott Douglas Johnson*
*and Kinder Morgan Vehicle Services, LLC*

Approved:

**DAVIS W. SMITH, P.C.**

By: */s/ Electronically Approved on August 9, 2023*
**MICHAEL J. GOMEZ**
**E. RYNE HUTCHESON**
1220 Ave. K
Lubbock, Texas 79401
806-744-4477
806-744-2671
efile@gorillalawfirm.com
*Attorneys for Plaintiff Joel Arroyo*