UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**JOEL ARROYO,**

    **Plaintiff**

v.        No. 2:23-cv-158 MLG/KRS

**SCOTT DOUGLAS JOHNSON and**
**KINDER MORGAN VEHICLE**
**SERVICES, LLC**

    **Defendants.**

## ORDER GRANTING
## FIRST JOINT MOTION TO MODIFY SCHEDULING ORDER

THE COURT having reviewed the First Joint Motion to Modify Scheduling Order [Doc. 37], and finding that good cause exists to grant the Motion, it is hereby ORDERED that the Court's Scheduling Order (Doc. 18) and Order Granting Joint Motion to Modify Scheduling Order (Doc. 33) is modified, and the Court vacates the following deadlines:

    a. Defendants' Rule 26(a)(2) expert disclosures (September 8, 2023)

    b. Termination of discovery (October 6, 2023)

    c. Deadline for supplementing discovery/disclosures (30 days of when the party learns that in some material respect the disclosure or response is incomplete or incorrect)

    d. Motions relating to discovery (October 26, 2023)

    e. All other Motions (November 6, 2023)

The Parties may continue to engage in discovery while the Parties await the Court's ruling on Plaintiff's Motion to Dismiss Without Prejudice (Doc. 22). Should the Court deny Plaintiff's

Motion to Dismiss Without Prejudice (Doc. 22), the Parties will convene after the Court's Ruling and propose a new Scheduling Order for the Court's Consideration.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE

Submitted:

**RILEY | KELLER | ALDERETE | GONZALES**

*/s/ Armand D. Huertaz*
**David A. Gonzales**
**Armand D. Huertaz**
3880 Osuna Road NE
Albuquerque, NM 87109
(505) 883-5030
dgonzales@rileynmlaw.com
ahuertaz@rileynmlaw.com
*Attorneys for Defendants*
*Scott Douglas Johnson and Kinder Morgan*
*Vehicle Services, LLC*

Approved:

**DAVIS W. SMITH, P.C.**

*/s/ Michael J. Gomez*
**Michael J. Gomez**
**E. Ryne Hutcheson**
1220 Ave. K
Lubbock, Texas 79401
806-744-4477
806-744-2671
efile@gorillalawfirm.com
*Attorneys for Plaintiff Joel Arroyo*